United States District Court
Middle District of Florida

CASE NO: _____

Kenneth Coleman

V.

T. Bowden

L. Severson

Captian Colon

Sgt. J.D. Rios

Sgt. Walker

Sgt. Drigger's

## Motion For Appointment Of Counsel

Pursuant to 28 U.S.C. 1915 (E)(1). Plaintiff move for an order appointing counsel to represent him in this case. In support of this motion Plaintiff states:

1. He is unable to afford counsel. He has requsted leave to proceed in forma pauperis.

2. Several correctional officers abused him through vidonce of other inmates.

3. There were supervisors involved and they were put on notice about the incidence and they did nothing to protect Plaintiff...

4. THESE ISSUES INVOLVED IN THIS CASE ARE VERY FACTUAL COMPLEXITY ISSUES AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION...

5. THE Plaintiff Account OF THE Violence And Abusive Created BY STAFF is Squarely in Conflict With Each Other. And Such inmate Witnesses CAN BE Located. THE EXistanence OF These Crediblity issues Support The Appointment of Counsel SEE: STEELE V. Shah 87 F.3d 1266 1271 (11th Cir. 1996). SEE: Also Gaston V. Coughlin, 679 F. Supp. at 273.

6. Plaintiff is Locked up in Punitive Segregation and HAS NO Ability To investigate THE FACTS. He is unable To interview THE inmates Who WERE in NEARBY CEllS And Who Witness To THE Assault BY Another inmate...

7. SEVERAL Correctional Officers Abused Plaintiff While Others Stood by And Watched. And Cartian Prison Supervisor To Bowden, Captian Colon, Sgt. Walker, Sgt. J.D. Rios, Warden SEVERSON, WERE Put on Notice Of Violence Propensities OF Walker, But did nothing To Protect Plaintiff. Captian Colon, WAS moved up in Rank And Transfered To Another institution it Would Be diffecal For Plaintiff To Find His New Location BY Him being in Segargation Confinment. Plaintiff Request in Prayers THAT THE Honorble Courts Appoint Him Counsel To Reparsent Him in this CASE...

8. LEGAL Complexity THE Large Numbers of Defendants Some OF Whome ARE Supervisory Officials Presents Complex Legal issues OF Determing Which Defendants WERE Comanding THE Constitutional Violations To be held Liable. SEE: Hendricks V. Coughlin, 114 F.3d 390-394 (2d Cir. 1997). Liability Supported Appointment OF Counsel. in Addition Plaintiff has Ask For A Jury Trial Which Requires Much Greater LEGAL SKIllS THAN THE Plaintiff CAN Support, OR HAS...

PAGE #2

9. Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are response's from lawyers... SEE BACK OF MOTION...

10. Plaintiff in Prayers Request That this honorable Court Appoint Him A Lawyer To Represent in this Case: Thank You... Respectfully Submitted..

Kenneth Coleman

I HEREBY CERTIFY THAT A TRUE And Correct Copy OF THE Foregoing motion FoR APPoint of Counsel HAS BEEN Furnished To THE CLERK OF Courts BY THE United STATES MAIL THIS _____ DAY OF _____.

_____
(Signture)

_____
(DATE)



**FLORIDA JUSTICE INSTITUTE**

www.FloridaJusticeInstitute.org

3750 Miami Tower
100 S.E. Second Street
Miami, FL 33131
305.358.2081 • Fax 305.358.0910

Dante P. Trevisani • Attorney
Direct 786.342.6911
DTrevisani@FloridaJusticeInstitute.org

October 29, 2012

**LEGAL MAIL**
Mr. Kenneth Coleman, DC# 183679
Lake Correctional Institution
19225 U.S. Hwy 27
Clermont, FL 34715

Dear Mr. Coleman:

  This will acknowledge receipt of your letter that we received on July 11, 2012. We apologize for the delay in responding, but we are a small office of only three attorneys, and we receive thousands of letters from inmates requesting assistance.

  Unfortunately, we cannot represent you. Because of our heavy caseload and scarce resources, we can no longer come even close to representing all those who request our services. Instead, we are forced to limit the cases we accept to those that involve serious or permanent injuries, or present an issue which recurs. And, within these guidelines, we can only accept those cases where there is a reasonable likelihood of success on the merits and for which we have adequate resources. This is not necessarily a judgment about the merits of any possible claim; it only means that we cannot represent you at this time.

  If you would like to contact another lawyer, I suggest you contact the Lawyer Referral Service of The Florida Bar. Its address is 650 Apalachee Parkway, Tallahassee, Florida 32399-2300. There is a toll-free telephone number which is 1-800-342-8011. The Florida Bar may be able to help you locate a lawyer.

  Best of luck with your future endeavors.

Sincerely,

Dante P. Trevisani

*651 East Jefferson Street*
*Tallahassee Florida*
*32399*

{07061067;1}

# GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.

ATTORNEYS AND COUNSELORS AT LAW

WATERSIDE PROFESSIONAL BUILDING
221 S.E. OSCEOLA STREET
STUART, FL 34994

(772) 283-8260
Fax No. (772) 220-3343
1-800-329-4279



W. E. GARY PROFESSIONAL CENTER
320 S. INDIAN RIVER DRIVE
POST OFFICE BOX 3390
FT. PIERCE, FLORIDA 34948-3390

(772) 464-2352
Fax No. (772) 464-4226
1-800-330-2832

REGIONS BANK BUILDING
111 N. ORANGE AVENUE, SUITE 1450
ORLANDO, FLORIDA 32801

(407) 649-7171
Fax No. (407) 649-7755

STUART
PLEASE REPLY TO:
January 20, 2012

**PARTNERS**
WILLIE E. GARY
LORENZO WILLIAMS
LINNES FINNEY, JR.
MICHAEL A. LEWIS
DONALD N. WATSON
MARIA P. SPERANDO
PAUL P. MCMAHON
GLORETTA H. HALL
TRICIA P. HOFFLER
SEKOU M. GARY

**ASSOCIATES**
PAUL D. MARK LUCAS
THOMAS E. WEKSMAR, LL.M.
VICTOR G. SWIFT
PHYLLIS M. GILLESPIE
JASON L. WILLIAMS
DEBRA S. NOLAN
ARNOLD S. GAINES
TANISHA GARY
CHARLES E. EMANUEL
MARWAN E. PORTER

**OF COUNSEL**
Robert V. Parenti

**GENERAL COUNSEL**
CHAN BRYANT ABNEY

Board Certified
Civil Trial Lawyer

Kenneth Coleman #183679
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, FL 33955

Dear Mr. Coleman,

This will acknowledge receipt of your recent letter. Thank you very much for contacting my firm concerning a potential claim.

After a review of this matter, I must regretfully inform you that the law firm of **Gary, Williams, Finney, Lewis, Watson & Sperando, P.L.** will not be able to represent you or assist you in this matter. This does not mean that you do not have a case, but only that present circumstances do not allow us to devote the resources necessary to investigate and properly pursue whatever claims you may have.

Your case is subject to one or more statutes of limitations and may also be subject to notice provisions pursuant to Florida Statutes. Your failure to appropriately file your case or give required notice within the applicable time limitations would forever bar your claim.

It is my recommendation that if you wish to pursue this matter, then you should immediately contact another law firm and have them review your case to see if they would be in a position to handle it for you. When discussing your case with another law firm, you should have them advise you relative to the applicable time limitations of your potential case.

Thank you for contacting me, and if in the future I can be of further assistance to you on any other matter, please contact me.

Sincerely,

GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L.

Kobie O. Gary,
Assistant to Willie E. Gary
KOG/sgg   Enclosed doc's sent with letter



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

May 29, 2014

Mr. Kenneth Coleman #183679
Reception Medical Center
P.O. Box 628
Lake Butler, FL 32054

Dear Mr. Coleman,

I am in receipt of your letter requesting legal assistance. The Florida Bar Lawyer Referral Service has referred you to:

>   Mr. Stephen K. Miller
>   101 N.W. 75th St., Ste. 1
>   Gainesville, FL 32607
>   (352) 248-0321

When you contact him, please tell him that you were referred by The Florida Bar Lawyer Referral Service. This will entitle you to a half-hour consultation for no more than $25.00.

Good luck in proceeding.

Sincerely,

The Office of The Florida Bar Lawyer Referral Service

ksth7

# LAW OFFICES OF
# STEPHEN K. MILLER

Stephen K. Miller, Monica Perez-McMillen, Natasha R. Scheer
101 NW 75th Street, Suite 1, Gainesville, FL 32607 ∎ Phone: 352-335-2393 ∎ Fax: 352-375-0104 ∎ www.ForYourLaw.com

June 17, 2014

Kenneth Coleman, #183679
Suwannee Correctional Institution
5964 U.S. Highway 90
Live Oak, Florida   32060

Dear Mr. Coleman:

Thank you very much for writing my office regarding your case.

I regret to inform you that I will be unable to undertake your representation.  <u>I do not handle any prisoner injury, civil rights, or appeal cases of any kind</u>.  However, this does not mean that your case is without merit.  I encourage you to contact another attorney as soon as possible to get another opinion on your case.

It is important for me to advise you of this in writing to eliminate any confusion that may exist.  In addition, please be advised that there are one or more Statutes of Limitation governing your case.  I must specifically advise you that your failure to file your claim within the time period allowed by the Statute of Limitations will result in your claim being forever barred.  Therefore, if you wish to pursue your claim, I recommend that you contact another attorney immediately to allow that attorney time to conduct a proper investigation.  If you intend to contact the Florida Bar Referral Service again, you may wish to indicate to them that you need a lawyer who handles your specific type of case.

I regret that I will be unable to assist you in this matter, however, I wish you luck with your case.

Sincerely,

MONICA PEREZ-MCMILLEN

Satellite Offices: Ocala, Palatka, Chiefland, Lake City, Jacksonville,
Orlando, Lake Mary, Kissimmee, St. Augustine, Palm Coast, Melbourne, Daytona Beach

United States District Court
Middle District of Florida

CASE NO: _____

Kenneth Coleman

V.

T. Bowden
L. Severson
Captian Colon
Sgt. J.D. Rios
Sgt. Walker
Sgt. Driggers

## Plaintiff First Request For Production OF Documents

Pursuant To Rule 34 Fed. Rule Civ. P. The Plaintiff Request That Warden Severson and All Defendant's Produce The Documents Listed With in 30 Days by Providing Plaintiff Copies or By makeing Available To The Plaintiff For inspection and Copying.

1. All Written Statements originals or Copys identifiable as Raports about An Assault That Accured on October 9, 2012. made by medical Nurse, and any Civilian Employee OF The Department OF Corrections, and Prison Witness'es.

2. Any and all Rules and Regulations Policies OF Charlotte Correctional institution Containing To Protected Custody against Staff, and inmates.

3. Any And All Photos, Pictures, Taken By Medical And Staff of October 9, 2012. of Mr. Coleman Face, and Eye injury.

4. Any And All Medical Records Dated october 9, 2012.

5. Any And All Policies Directive or instructions To STAFF concerning To EMERGENCY Grievances, Assaults By STAFF or inmates.

6. Any And All documents Relative To WALKER, Rios, colon, Disciplinary.

7. Any And All Policies directives or instructions dealing With Houseing, and custody.

8. Any And All Policies and Procedures dealing With THE Training OF Correctional STAFF OF CARE Custody and Controle. Any And All MENTAL HEALTH RECords, DEALing With KENNETH Coleman, While HE WAS DETAIN AT Charlotte Correctional INStitution.

KENNETH Coleman #183679
NAME

_____
DATE

_____
SIGNTURE

I Hereby CERTIFY THAT A TRUE And Correct Copy OF THE Foregoing MOTION For Documents HAS BEEN Furnished To THE DEFendant's General Counsel by United STATES MAIL This ____ DAY OF _____.

_____
(signture)

#2